133 A.3d 290

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Willie BROWN–BEY, Petitioner.**

**No. 140 EM 2015.**

Supreme Court of Pennsylvania.

Jan. 21, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of January, 2016, the Petition for Review is **DENIED.**

Justice EAKIN did not participate in the consideration or decision of this matter.